Curtis Green, pro se, Oakdale, LA, Defendant–Appellant.

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:*

The federal public defender appointed to represent Curtis Lee Green has moved for leave to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Green was notified but filed no response. Our independent review of the brief and the record discloses no nonfrivolous issue for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities in this

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

case, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

UNITED STATES of America,
Plaintiff–Appellee,

v.

Paaks ADJEI, also known as Godfrey Okofo Asuamah, also known as Harry Kelly, also known as Harry Hasford, also known as Harry Ato, also known as Harry Van, Defendant–Appellant.

No. 03–10609
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 10, 2003.

Paul E. Gartner, Jr., Nancy E. Larson, Assistant US Attorney, US Attorney's Office, Fort Worth, TX, for Plaintiff–Appellee.

Paaks Adjei, pro se, San Antonio, TX, for Defendant–Appellant.

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:*

The Federal Public Defender, counsel appointed to represent Paaks Adjei on di-

---

rect appeal, has filed a motion to withdraw and a brief pursuant to *Anders v. California,* 386 U.S. 738, 744, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Adjei has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.